# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND JENKINS,                                  No. CIV S-11-3152-CMK-P

    Plaintiff,

  vs.                                                          <u>ORDER</u>

ARNOLD SCHARZNEGGER, et al.,

    Defendants.

_____/

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Docs. 5,6). Plaintiff's complaint will be addressed separately.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for leave to proceed in forma pauperis (Docs. 5, 6) is granted;

        2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3. An initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account or (b) the average monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of this action is assessed by this order pursuant to 28 U.S.C. § 1915(b)(1); and

4. By separate order, the court will direct the appropriate agency to collect the fees from plaintiff's trust account and forward it to the Clerk of the Court until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: February 6, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE