1

2

3

4

5

6

7         IN THE UNITED STATES DISTRICT COURT

8        FOR THE EASTERN DISTRICT OF CALIFORNIA

9   RAYMOND JENKINS,                    No. CIV S-11-3152-CMK-P

10            Plaintiff,

11       vs.                            ORDER

12   ARNOLD SCHARZNEGGER, et al.,

13            Defendants.

_____/

14

15            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

16   U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned

17   to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

18   jurisdiction and the court now finds that assignment of a District Judge is necessary to properly

19   address the case.

20            Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

21   randomly assign a District Judge to this case and to update the docket to reflect the new case

22   number.

23   DATED: April 9, 2013

24

25   CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

26

1