1

2

3

4

5

6

7                    **IN THE UNITED STATES DISTRICT COURT**

8                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9    RAYMOND JENKINS,                          No. CIV S-11-3152-CMK-P

10              Plaintiff,

11        vs.                                   <u>ORDER</u>

12   ARNOLD SCHARZNEGGER, et al.,

13              Defendants.

14   _____/

15              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

16   U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned

17   to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge

18   jurisdiction and the court now finds that assignment of a District Judge is necessary to properly

19   address the case.

20              Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

21   randomly assign a District Judge to this case and to update the docket to reflect the new case

22   number.

23   DATED: April 9, 2013

24

25                                              **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE
26

                                                1